IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| MARY NELSON and OTIS NELSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO.  CV-2012-CO-1965-W |
| NATIONWIDE PROPERTY & | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## OPPOSITION TO MOTION OF PLAINTIFF
## TO AMEND SCHEDULING ORDER

COMES NOW the Defendant and hereby requests that the Court deny the Plaintiff's Motion To Amend Scheduling Order.  In support of said motion, Defendant states as follows:

In order to amend the Scheduling Order the Plaintiffs have to provide a strong basis for doing so.  Plaintiff fails.

On January 23, 2013, this Court issued a scheduling order stating that Plaintiffs had until June 1, 2013 to amend the pleadings.  [Court Document No. 33]  To date, all written discovery has been completed and all scheduled depositions have been completed.  Plaintiffs' motion is silent as to why additional time is needed.  In fact, apparently no additional time is needed as Plaintiffs filed a Third Amended Complaint on May 31, 2013.  [Court Document No. 60]

Thus, Plaintiffs' motion is not well founded and is due to be denied.

/s/ Kori L. Clement
Kori L. Clement (CLEK5125)
Attorney for Defendant
Nationwide Property and
Casualty Company

OF COUNSEL:
HARE & CLEMENT, P.C.
100 Chase Park South
Suite 200
Hoover, Alabama  35244
Telephone: (205) 322-3040
Facsimile:  (205) 403-4975
Email: clem@harelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of June, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

W. Ivey Gilmore, Jr., Esquire
Gilmore, Poole & Rowley,
 Attorneys At Law, LLC
1905 7th Street
Tuscaloosa, Alabama  35401

Joe L. Leak, Esquire
Joe L. Leak & Associates, P.C.
3800 Colonnade Parkway, Suite 330
Birmingham, Alabama  35243

Frank Cauthen, Jr., Esquire
Frank M. Cauthen, Jr., P.C.
601 Greensboro Avenue
Alston Place, Suite 1-A
Tuscaloosa, Alabama  35401

2

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record by placing a copy of same in the United States Mail, properly addressed and postage affixed, this the 5th day of June, 2013, as follows:

GBS Roofing and Restoration, LLC
5389 Highway 115 West
Cleveland, Georgia  30528

Brian Kennedy
5389 Highway 115 West
Cleveland, Georgia  30528

George Smith
5389 Highway 115 West
Cleveland, Georgia  30528


/s/ Kori L. Clement
Of Counsel

3